| Fill in this information to identify your case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| DISTRICT OF MARYLAND | | |
| Case number *(if known)* | Chapter | 11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Global Energy Services, LLC** | | |
|---|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 34-2066234 | | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **20 W. Aylesbury Road** <br> **Timonium, MD 21093** <br> Number, Street, City, State & ZIP Code <br><br> **Baltimore** <br> County | | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: | | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 1

Debtor **Global Energy Services, LLC**  
      Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.  
☐ Yes.

District _____   When _____   Case number _____  
District _____   When _____   Case number _____

---

Debtor  **Global Energy Services, LLC**                                    Case number (*if known*)
         Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship _____
    District _____ When _____ Case number, if known _____

11. **Why is the case filed in *this district*?**    *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**  .   *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ☐ 1-49
    ■ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ■ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

| Debtor | **Global Energy Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Global Energy Services, LLC**                          Case number (*if known*) _____
         Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 19, 2021**
              MM / DD / YYYY

X **/s/ Leah Fitzgerald**                             **Leah Fitzgerald**
Signature of authorized representative of debtor       Printed name

Title  **Sole Member**

---

**18. Signature of attorney**

X **/s/ Gary R. Greenblatt #**                        Date  **November 19, 2021**
Signature of attorney for debtor                            MM / DD / YYYY

**Gary R. Greenblatt # 02870**
Printed name

**Coon & Cole, LLC**
Firm name

**305 W. Chesapeake Avenue**
**Suite 510**
**Towson, MD 21204**
Number, Street, City, State & ZIP Code

Contact phone  **410-244-8800**     Email address  **grg@cooncolelaw.com**

**# 02870 MD**
Bar number and State

---

Fill in this information to identify the case:

Debtor name: **Global Energy Services, LLC**

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express  PO Box 1270  Newark, NJ 07101-1270 | | | | | | $40,277.89 |
| Chase Card Services  PO Box 6294  Carol Stream, IL 60197-6294 | | | | | | $30,750.43 |
| Deslauriers, Chris  406 James Doak Pkwy.  Greensboro, NC 27455 | | | | | | $61,455.54 |
| EBF Holdings LLC dba Everest Business Funding  5 W. 37th Street, Suite 1100  New York, NY 10018 | | | Disputed | $146,525.92 | $0.00 | $146,525.92 |
| Eurofins - MET Labs  PO Box 11407, Dept. 5881  Birmingham, AL 35246-5881 | | | | | | $76,400.00 |
| Ferguson Enterprises, Inc. #5  PO Box 417592  Boston, MA 02241-7592 | | | | | | $82,184.60 |
| Fox Capital Group, Inc.  1920 E. Hallandale Beach Blvd., Ste 505  Hallandale, FL 33009 | | | Disputed | $112,000.00 | $0.00 | $112,000.00 |

Debtor **Global Energy Services, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HMS Insurance Associates, Inc.**<br>PO Box 325<br>Cockeysville, MD 21030 | | | | | | $18,875.00 |
| **NewCo Capital Group VI LLC**<br>90 Broad Street, Suite 903<br>New York, NY 10004 | | | Disputed | $356,205.00 | $0.00 | $356,205.00 |
| **RAM Acoustical Corporation**<br>PO Box 908<br>608 Second Avenue<br>Beaver Falls, PA 15010 | | | | | | $52,128.00 |
| **Rexel Energy Solutions**<br>PO Box 418939<br>Boston, MA 02241-8939 | | | | | | $377,493.58 |
| **ROC Funding Group, LLC**<br>122 E. 42nd Steet, Suite 2112<br>New York, NY 10168 | | | Disputed | $82,550.36 | $0.00 | $82,550.36 |
| **Shepard Electric**<br>7401 Pulaski Highway<br>Rosedale, MD 21237 | | | | | | $152,038.09 |
| **Small Business Administration Alabama District Office**<br>801 Tom Martin Drive, Suite 201<br>Birmingham, AL 35211 | | PPP Loan | | | | $1,243,430.00 |
| **Small Business Administration Alabama District Office**<br>801 Tom Martin Drive, Suite 201<br>Birmingham, AL 35211 | | | | $500,000.00 | $0.00 | $500,000.00 |
| **Solar Eclipse Glass Tinting Inc.**<br>104 Manassas Drive, Unit M<br>Manassas, VA 20111 | | | | | | $134,184.00 |

Debtor **Global Energy Services, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Spartan Business Solutions, LLC d/b/a Spartan Capital** 371 E. Main Street, Suite 2 Middletown, NY 10940 | | | **Disputed** | $90,450.00 | $0.00 | $90,450.00 |
| **Sunbelt Rentals** PO Box 409211 Atlanta, GA 30384-9211 | | | | | | $90,690.36 |
| **Unique Funding Solutions, LLC** 71 S. Central Avenue, 2nd Floor Valley Stream, NY 11580 | | | **Disputed** | $167,060.41 | $0.00 | $167,060.41 |
| **Wirtz, Ken** 15675 Magonlia Drive New Freedom, PA 17349 | | | | | | $43,246.22 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Alpha Waste Industries
PO Box 1379
Welcome, NC 27374


American Express
PO Box 1270
Newark, NJ 07101-1270


AP Corp.
5397 Enterprise Street
Sykesville, MD 21784


Ariel Bouskila, Esquire
Berkovitch & Bouskila, PLLC
80 Broad Street, Suite 3303
New York, NY 10004


Atlantic Electric Supply
3726 10th Street NE
Washington, DC 20017


Atlantic Sun Control
8621 Quarry Road
Manassas, VA 20110


Baltimore County, Maryland
PO Box 64076
Baltimore, MD 21264-4076


Bay Disposal LLC
PO Box 535233
Pittsburgh, PA 15253-5233


Bayview Electrical Company LLC
12230 Dixie
Redford, MI 48239

```
Builders Hardware & Specialty
1020 Sawmill Run Blvd.
Pittsburgh, PA 15220


CES City Electric Supply
PO Box 13507
Greensboro, NC 27415


Chase Card Services
PO Box 6294
Carol Stream, IL 60197-6294


Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601


Concentra-Occup. Health Centers
PO Box 18277
Halethorpe, MD 21227


Denney Electric Supply
106 W. Lincoln Highway
Langhorne, PA 19047


Deslauriers, Chris
406 James Doak Pkwy.
Greensboro, NC 27455


Douglas Robinson, Esquire
122 E. 42nd Street, #2112
New York, NY 10168


EB Lighting
PO Box 23736
Baltimore, MD 21203-5736
```

EBF Holdings LLC
dba Everest Business Funding
5 W. 37th Street, Suite 1100
New York, NY 10018


Enterprise Rent-A-Car
PO Box 402383
Atlanta, GA 30384-2383


Enterprise Toll Service
PO Box 35039
Seattle, WA 98124-3437


Eurofins - MET Labs
PO Box 11407, Dept. 5881
Birmingham, AL 35246-5881


Fastenal Co.
PO Box 1286
Winona, MN 55987-1286


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


FedEx Freight
PO Box 645123
Pittsburgh, PA 15264-5123


FedEx Freight Economy
PO Box 223125
Pittsburgh, PA 15251-2125


Ferguson Enterprises, Inc. #5
PO Box 417592
Boston, MA 02241-7592

First Piedmont Corp.
PO Box 1069
Chatham, VA 24531


Fox Capital Group, Inc.
1920 E. Hallandale Beach Blvd., Ste 505
Hallandale, FL 33009


Genie Industrial Supply
117 S. Clark Street
Newburgh, NY 12550


Gexpro
PO BOx 840638
Dallas, TX 75284-0638


Grainger
Dept. 878104249
Palatine, IL 60038-0001


Graybar
PO Box 403049
Atlanta, GA 30384


Guardian - Appleton
PO Box 677458
Dallas, TX 75267-7458


HMS Insurance Associates, Inc.
PO Box 325
Cockeysville, MD 21030


Home Depot
PO Box 790340
Saint Louis, MO 63179-0340

```
Incorp. Services
PO Box 94438
Las Vegas, NV 89193-4438



Integrated Health Solutions LLC
PO Box 9211
Marietta, GA 30065



JD's Trash Disposal & Dumpster Services
1218 Wayne Street
Reading, PA 19601



JDG Management Corp.
dba City Widfe of Central MD
1818 Pot Spring Road, Suite 24
Lutherville, MD 21093



Joel Lieberman, Esquire
Lieberman & Klestzick, LLP
PO Box 356
Cedarhurst, NY 11516



Keller, David
N29 W27373 Peninsula Drive
Saint Paris, OH 43072



Kline Brothers
10083 Allentown Blvd.
Grantville, PA 17028



Kramon & Graham
1 South Street, Suite 2600
Baltimore, MD 21202-3201



Leah Fitzgerald
21 Hollow Tree Drive
Shrewsbury, PA 17361
```

```
Lighting Resources LLC
PO BOx 102717
Pasadena, CA 91189-2717



Long and Associates PC
8388 E. 11th Street, Suite A
Fishers, IN 46038



Love Disposal Inc.
30 Disposal Lane
Lock Haven, PA 17745



M&J Disposals
785 Hendrix Road
Sparta, NC 28675



M.S. Electric Training
2023 Meadow Drive
Westminster, MD 21158



Merritt Properties LLC
2066 Lord Baltimore Drive
Baltimore, MD 21244



Mobile Mini, Inc.
PO Box 650882
Dallas, TX 75265-0882



Monmouth Lighting Corp.
PO Box 8592
Trenton, NJ 08650



Motor Vehicle Administration
PO Box 2273
Glen Burnie, MD 21060-4273
```

NESCO, LLC
4121 Solutions Center
Chicago, IL 60677-4001


NewCo Capital Group VI LLC
90 Broad Street, Suite 903
New York, NY 10004


Perry Hall Heating & Air Conditioning Co
7619 Fitch Lane
Nottingham, MD 21236-9949


PNC Bank, National Association
Alison J. Ford, V.P.
130 S. Bond Street
Mailstop C5-C436-01-1
Bel Air, MD 21014


Precision Brush Company
6700 Parkland Blvd.
Solon, OH 44139-9000


RAM Acoustical Corporation
PO Box 908
608 Second Avenue
Beaver Falls, PA 15010


Rexel
PO Box 417803
Boston, MA 02241-7803


Rexel Energy Solutions
PO Box 418939
Boston, MA 02241-8939


Ridgeway & Ernest Electric Inc.
628 Sligo Avenue
Silver Spring, MD 20910

ROC Funding Group, LLC
122 E. 42nd Steet, Suite 2112
New York, NY 10168


Rose Financial Group
6602 E. 75th Street, Suite 200
Indianapolis, IN 46250


Schaedler Yesco
3982 Paxton Street
PO Box 4990
Harrisburg, PA 17111-0990


Sean P. Fitzgerald
21 Tree Hollow Drive
Shrewsbury, PA 17361


Shepard Electric
7401 Pulaski Highway
Rosedale, MD 21237


Simco
PO Box 49132
San Jose, CA 95161


Small Business Administration
Alabama District Office
801 Tom Martin Drive, Suite 201
Birmingham, AL 35211


Smith Gildea & Schmidt LLC
600 Washington Avenue, Suite 200
Towson, MD 21204


Solar Eclipse Glass Tinting Inc.
104 Manassas Drive, Unit M
Manassas, VA 20111

Spartan Business Solutions, LLC
d/b/a Spartan Capital
371 E. Main Street, Suite 2
Middletown, NY 10940



Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211



Sylvester's Services, Inc.
35 Lower Bally Raod
Duncannon, PA 17020



TA Energy Services LLC
3506 Englemeade Road
Pikesville, MD 21208



TEG Enterprises Inc.
107 Glass Drive
Metro Business Park
Greeneville, TN 37745



Tiger Waste Disposal Services, Inc.
PO Box 427
Manchester, PA 17345



Tokio Marine HCC - Surety Group
Attn: Frank Lanak
801 S. Gigueroa Street
Los Angeles, CA 90017



Total Waste
6302 North Point Road, Suite A
Sparrows Point, MD 21219



Trash Bee Gone Inc.
PO Box 1637
Bryson City, NC 28713

Travelers
13607 Collections Center Drive
Chicago, IL 60693


Unique Funding Solutions, LLC
71 S. Central Avenue, 2nd Floor
Valley Stream, NY 11580


United Electric Supply Co., Inc.
PO Box 826788
Philadelphia, PA 19182-6788


United States Surety Company
U.S. Specialty Insurance Company
Frank Lanak
801 S. Figueroa Street, Suite 700
Los Angeles, CA 90017


Verified First
1550 S. Tech Lane, Suite 110
Meridian, ID 83642


Visco Products
7 Victory Avenue
Johnston, RI 02919


Waste Management PA
PO Box 13648
Philadelphia, PA 19101-3648


Weber Messick
1740 E. Joppa Road, 3rd Floor
Parkville, MD 21234


Wilson Restoration Inc.
PO Box 14250
Pittsburgh, PA 15239

```
Wirtz, Ken
15675 Magonlia Drive
New Freedom, PA 17349




WV State Fire Marshall
PO Box 40088
Charlestown, WV 25364




Yonatan Klestzick, Esquire
Lieberman & Kletstzick, LLP
PO Box 356
Cedarhurst, NY 11516
```

# United States Bankruptcy Court
## District of Maryland

In re  **Global Energy Services, LLC**                                       Case No.
                              Debtor(s)                                       Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Global Energy Services, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 19, 2021**
Date

**/s/ Gary R. Greenblatt #**
**Gary R. Greenblatt # 02870**
Signature of Attorney or Litigant
Counsel for **Global Energy Services, LLC**
**Coon & Cole, LLC**
**305 W. Chesapeake Avenue**
**Suite 510**
**Towson, MD 21204**
**410-244-8800 Fax:410-825-5941**
**grg@cooncolelaw.com**